ADAM B. LYCZAK, APPELLANT, v. BENJAMIN A. MARGULIES ET AL., RESPÒNDENTS.

Argued May 19, 1932—Decided October 17, 1932.

For the appellant, *Paul C. Supinski.*

For the respondents, *John W. Ockford.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.